UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
AURELIO VALENCIA,

                         Plaintiff,                      **ORDER**
                                                                               13 CV 6128 (ARR) (CLP)

     -against-

P.O. CHRISTOP ALAZRAKI, Shield #: 11753,
P.O. JOHN-PATRICK HARRIGAN, Shield #: 822,
P.O. JOHN DOE (S) and CITY OF NEW YORK,

                         Defendants.
-----------------------------------------------------------------x
**POLLAK**, United States Magistrate Judge:

      The above-captioned case is scheduled for trial beginning on January 8, 2018. This Court has issued multiple subpoenas Ordering Wally Bencosme, a third party witness, to appear at previously-scheduled depositions.[1] Mr. Bencosme failed to appear at these depositions. However, the parties still seek to depose Mr. Bencosme and/or to use his testimony at trial. Due to the timeline of trial in this case, the parties have noticed the deposition of Mr. Bencosme for **2:00 p.m. on Friday, January 5, 2018, at 100 Church Street, 4th Floor.**

      Mr. Bencosme is currently in contempt of court for failing to appear at this Court's September 23, 2016 Show Cause hearing. **The Court has issued a warrant authorizing the United States Marshal to arrest Mr. Bencosme and bring him before the Court.** The Court has stayed the warrant's execution to allow Mr. Bencosme to appear voluntarily at Friday's deposition.

      If Mr. Bencosme fails to appear at his deposition, the Court will **immediately direct the**

---

[1] See, e.g., March 14, 2016 Order; June 2, 2016 Order; September 8, 2016 Order.

**United States Marshals to arrest Mr. Bencosme and bring him before this Court to explain his failure to appear.**

The Clerk is directed to send copies of this Order to the parties either electronically through the Electronic Case Filing (ECF) system or by mail.

**SO ORDERED.**

Dated: Brooklyn, New York
January 03, 2018

/s/ Cheryl L. Pollak
Cheryl L. Pollak
United States Magistrate Judge
Eastern District of New York